AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
District of South Carolina

*U.S. DISTRICT FLORENCE SC*
*2014 MAY 22  AM 9:0*

*Rec'd USMS*
*MAY 2 2 2014*

| | |
|---|---|
| United States of America<br>v.<br>Reginald Wayne Miller | )<br>)<br>)<br>)<br>)<br>) |

Case No. 4:14 mj C6

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Reginald Wayne Miller
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  forced labor

Date: May 21, 2014

_____
*Issuing officer's signature*

City and state:    Florence, South Carolina

Thomas E. Rogers, III, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* MAY 2 2 2014 , and the person was arrested on *(date)* 5/22/14<br>at *(city and state)* Florence, SC . |
| Date: 5/22/14 |

SA Christopher Haviland HSI
*Arresting officer's signature*

by: Moses, IRS
*Printed name and title*