THE BRITTAIN LAW FIRM, P.A.
ATTORNEYS AT LAW
4614 OLEANDER DRIVE
MYRTLE BEACH, SOUTH CAROLINA 29577

THOMAS C. BRITTAIN
MARY MADISON BRITTAIN LANGWAY
A. PRESTON BRITTAIN
T. CASE BRITTAIN, JR.

843-449-8562
FAX 843-497-6124
www.brittainlawfirm.com

May 11, 2015

The Honorable R. Bryan Harwell
U.S. District Judge
401 West Evans Street
Florence, SC 29501

Re: **United States v. Reginald Wayne Miller**
**Case No: 4:14-cr-409-RBH**

Dear Judge Harwell:

Just today I learned that Ms. Patricia Ravenhorst would not allow me to interview her clients ("victims") regarding the above referenced mater. This I must do in order to prepare a proper response to the Revised Presentence Investigative Report and in order to represent my client fully.

I will move before the Court for an Order requiring these witnesses ("victims") to discuss their contentions with me. Please recall the U.S. Attorney on this case is out until July 2015. This should not affect the overall timing of the case. If I am allowed to contact the victims by telephone only, that should suffice.

Thank you.

Sincerely,
**THE BRITTAIN LAW FIRM, P.A.**

Thomas C. Brittain

TCB/wss

cc: Carrie Fisher Sherard, Esquire, Asst. U.S. Attorney
Patricia Ravenhorst, Esquire
Michelle T. Owens, U.S. Probation Officer