# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | DEFENDANT'S OBJECTIONS TO |
| ) | SUBMISSIONS MADE IN CONECTION |
| vs. ) | IN CONNECTION WITH THE SENTENCING |
| ) | OF REGINALD WAYNE MILLER |
| REGINALD WAYNE MILLER ) | |
| ) | Docket No.: 4:14CR00409-001RBH |

**Prepared for:**   The Honorable R. Byran Harwell
United States District Judge

**Prepared by:**   Thomas C. Brittain, Esquire
Thomas Casey Brittain, Jr., Esquire
THE BRITTAIN LAW FIRM, P.A.
4614 Oleander Drive
Myrtle Beach, SC 29577
(843) 449-8562
Email:   tommyb@brittainlawfirm.com
case@brittainlawfirm.com

**U.S. Probation Officer**
Michelle T. Owens
401 W. Evans Street, Suite 202
McMillan Federal Bldg.
Florence, SC 29501
(843) 676-3825
Email: michelle_Owens@scp.uscourts.gov

**Assistant U.S. Attorney**
Carrie Fisher Sherard
55 Beattie Place, Suite 700
Greenville, SC 29601
(864) 282-2100
Email: carrie.a.fisher@usdoj.gov

**Sentence Date:  October 22, 2015**

## OBJECTIONS

Please take notice that the Defendant hereby objects to any and all attachments associated with the Presentence Report prepared by the United States Probation Office.

As the Court has been made aware based on previous motions the Defendant, counsel for Defendant attempted to interview the parties associated with these attachments and was denied access to them. Furthermore, all impact statements contained herein are hearsay, were made available to the Defendant upon information and belief in close proximity to the sentencing date even though apparently they were filled out much earlier. The statements are apparently revised

1

versions of previous statements, statements do not appear to use the language of the declarants. The Defendant denies much of what is in the statements and has been denied his opportunity to confront witnesses against him. This is not a typical victim impact issue. The Defendant has plead to technical violations of the immigration law. He had been counseled to and did enter into a plea agreement with the United States Government, after consultation with attorneys for the Homeland Security and Assistant United States Attorney.

All of these students were in a combination work/study program. Any financial complaints they have are to be made against the Cathedral Bible College. Consideration of these statements by the Court would involve a serious miscarriage of justice based on the failure of the Probation Office and other attorneys for the United States Government (excluding the U.S. Attorney) to make these witnesses available to the Defendant. Based on the secrecy attendant to the sentencing process, the sophisticated assistance and encouragement of the witnesses by parties unknown, all in direct contravention to a legitimate plea agreement; straightforward and reasonable; the Defendant seeks exclusion of said statements.

THE BRITTAIN LAW FIRM, P.A.
Attorneys for the Defendant

 /s/ Thomas C. Brittain
Thomas C. Brittain
4614 Oleander Drive
Myrtle Beach, SC  29577
(843) 449-8562
Federal Bar No:  4920

/s/ T. Case Brittain,Jr.
T. Case Brittain, Jr.
4614 Oleander Drive
Myrtle Beach, SC  29577
(843) 449-8562
Federal Bar No: 10680

Myrtle Beach, South Carolina
October 20, 2015