AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **SOUTH CAROLINA - Florence Division**

United States of America

V.

Reginald Wayne Miller

## EXHIBIT AND WITNESS LIST

Case Number: 4:14CR00409-RBH (1)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. R. Bryan Harwell | Carrie Fisher Sherard, AUSA | Thomas Brittain, Retained |
| ~~TRIAL DATE(S)~~ Oct. 22, 2015 *Sentencing* | COURT REPORTER Beth Krupa | COURTROOM DEPUTY Maxine Campbell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/22/2015 | | | Wage Transcript & Computation Worksheet |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages